UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RONALD LOY, Special Administrator ) | | |
| of the Estate of JOSEPH M. LOY, ) | | |
| Deceased, and as Grandfather and ) | | |
| Next Friend of S.L.L., M.N.I.,and H.M.L., ) | | |
| Minors, ) | | |
|     Plaintiff, ) | | |
|         vs. ) | No.: 07-2231 | |
| ) | | |
| CITY OF PAXTON, a Municipal ) | | |
| Corporation in Ford County, Illinois, ) | | |
| CHAD JOHNSON, Individually, and as ) | | |
| police officer for the CITY OF PAXTON, ) | | |
| and ROBERT BANE, Individually, and ) | | |
| as Chief of Police for the CITY OF ) | | |
| PAXTON, ) | | |
|     Defendants. ) | | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO DISQUALIFY**

    This Memorandum is filed by Defendants in opposition to Plaintiff's Motion to Disqualify. Plaintiff's Motion to Disqualify should be denied.

    Plaintiff's position is, apparently, that defense counsel have a *per se* conflict of interest when they represent both individuals and municipalities in cases brought under 42 U.S.C. §1983. Such a position has been rejected in *Coleman v. Smith*, 814 F.2d 1142, 1147 (7th Cir. 1987). In the case cited by Plaintiff, *Ross v. U.S.,* 910 F.2d 1422 (7th Cir. 1990), the court acknowledged the rejection of a *per se* conflict of interest.

    Plaintiff obviously advocates the application of a *per se* conflict of interest rule as he has no factual basis to assert a conflict of interest. It is Plaintiff's burden to demonstrate that conflict of interest exists. See *Guillen v. City of Chicago*, 956 F.Supp. 1416 (N.D. Ill. 1997). In the case at bar, Plaintiff has failed to demonstrate any basis for disqualification of counsel.

    WHEREFORE, Defendants pray that Plaintiff's Motion to Disqualify be denied.

                                          CITY OF PAXTON, a Municipal Corporation,
                                          CHAD JOHNSON, and ROBERT BANE,
                                          Defendants

                                          **s/    Howard W. Small**
                                          Howard W. Small, Illinois Bar No.: 2636271
                                          Attorney for Defendants
                                          Law Office of Ansel & Small, Ltd.

41 East University Avenue, P.O. Box 468
Champaign, IL 61824-0468
Telephone: (217) 359-0200
Facsimile: (217) 359-0888
E-mail: hwslaw@shout.net

**s/Stanley E. Freeman**
Stanley E. Freeman Bar No.  6198780
Ansel & Small Ltd.
41 E University Ave, Suite 3A
P.O. Box 468
Champaign, Illinois 61824
Telephone: (217) 359-0200
Facsimile: (217) 359-0888
Email: sfreeman@shout.net

**Designation of lead counsel: Pursuant to Local Rule 11.2, Howard W. Small is hereby designated as lead counsel responsible for receipt of telephone conference calls and other necessary communications from the Court.**

CERTIFICATE OF SERVICE

I hereby certify that on  January 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul R. Wilson, Jr., Wilson Law Offices:  wlo@illicom.net

s/    **Howard W. Small**
Howard W. Small, Illinois Bar No.: 2636271
Attorney for Defendant Michael Cox
Law Office of Ansel & Small, Ltd.
41 East University Avenue, P.O. Box 468
Champaign, IL 61824-0468
Telephone: (217) 359-0200
Facsimile: (217) 359-0888
E-mail: hwslaw@shout.net