IN THE UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **RONALD LOY, Special Administrator of the Estate of JOSEPH M. LOY, Deceased, and as Grandfather and Next Friend of S.L.L., M.N.L., and H.M.L., Minors,** )<br>)<br>)<br>)<br>) | |
| **Plaintiff,** ) | |
| vs. )<br>) | |
| **CITY OF PAXTON, a Municipal Corporation in Ford County, Illinois, CHAD JOHNSON, Individually, and as police officer for the CITY OF PAXTON, and ROBERT BANE, Individually, and as Chief of Police for the CITY OF PAXTON, and COY CORNETT, Individually, and as police officer for the CITY OF PAXTON,** )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ) Civil Action No. 07-2231 |
| **Defendants.** ) | |

## THIRD MOTION TO DISQUALIFY

**NOW COMES** Plaintiff, by and through his attorney, by and through his attorney, **Paul R. Wilson, Jr., of Paul R. Wilson, Jr., Ltd., Wilson Law Offices,** and respectfully moves this Court to disqualify the firm of Ansel & Small, Ltd., from participation in this litigation and in support thereof states as follows:

    1. The firm of Ansel & Small, Ltd. has entered their appearance on behalf of additional Defendant, Coy Cornett.

    2. There is and has been pending before this Court a Second Motion to Disqualify (Document #27) that firm from representing the other Defendants in this litigation, which is still pending.

3.  Plaintiff realleges and incorporates by reference that Second Motion to Disqualify (Document #27) and the Memorandum of Law in Support of Plaintiff's Second Motion to Dismiss (Document #28) as part of this Third Motion to Disqualify.

**WHEREFORE,** Plaintiff submits that an actual conflict of interest exists between the parties and that defense counsel, the firm of Ansel & Small, Ltd., should be disqualified.

Respectfully submitted,

**RONALD LOY, Special Administrator of the Estate of JOSEPH M. LOY, Deceased, and as Grandfather and Next Friend of S.L.L., M.N.L., and H.M.L., Minors,**

By:   PAUL R. WILSON, JR., LTD.

**s/Paul R. Wilson, Jr.**
Paul R. Wilson, Jr. Bar Number 3035565
Attorney for Plaintiff
Wilson Law Offices
300 S. Garrard Street
Rantoul, IL   61866
Telephone: (217) 893-9509
Facsimile: (217) 893-8311
E-mail: wlo@illicom.net

CERTIFICATE OF SERVICE

      I hereby certify that on April 19, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Howard W. Small: hwslaw@shout.net.

      **s/Paul R. Wilson, Jr.**
Paul R. Wilson, Jr. Bar Number 3035565
Attorney for Plaintiff
Wilson Law Offices
300 S. Garrard Street
Rantoul, IL   61866
Telephone: (217) 893-9509
Facsimile: (217) 893-8311
E-mail: wlo@illicom.net